IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHERINE TSIAKKIVOU,                *

Plaintiff                *

v                *        Civil Action No. JKB-15-3237

MILLENIUM INFORMATION SYSTEMS,                *

Defendant                *
               ***

## **MEMORANDUM**

The above-captioned Complaint was filed on October 22, 2015 , together with a Motion to Proceed in Forma Pauperis. Because Plaintiff appears to be indigent, the motion shall be granted.

The Complaint alleges:

A nationwide organized crime that have embedded their footprints at the Homeland Security at Interoperability Center under false pretenses-the chief game them permission to operate a polyamorous scheme as well they are embedded in the Banfield Supercomputer at Purdue Veterinary College.

Mr. Chris owner of Millennium Information Systems, LLC...has enabled them run credit card fraud through Animal Hospitals, male Escort Services, Drug Trafficking through Animal Hospitals nationwide.

This is a very well organized gang with intelligent people-high posts in the USA \ Government. They are all in for the money.

Through Chris/Millennium Information Systems, Dr. Robert Pete Bill has hurt me over 20 years (boyfriends) forwarding phone calls to other businesses the PEMAH will go under I filed bankruptcy back in Feb 2013. While me EIN was used to transfer money overseas.

The father of 'William Wright Collins' what he was introduced to me as that, came to see at Montreal Canada (-70 years old).

He lost 50% of his money due to incident of Bank regulation at Cyprus from European Union.

> He said to me 'Do you know how much money did I loose?' because of you. I was astonished.
>
> Dr. Robert Pete Bill is a friend to Collins, back in 2005 I had visited Touchstone Forensics at Washington D.C. They kept my computer on their server til 2013.
>
> Dr. Robert Pete Bill had given Thomas Collins, 3 million dollars his research on manger at Purdue Interoperability Center. Later Dr. Powell gave them permission to utilize the homeland security computers at Purdue Interoperability Center.

[sic] ECF 1.

A Complaint that is totally implausible or frivolous, such as this, may be dismissed sua sponte for lack of subject matter jurisdiction pursuant to Fed R. Civ. P 12 (b)(1). *See Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); *O'Connor v. United States*, 159 F.R.D. 22 (D. Md. 1994); *see also Crowley Cutlery Co. v. United States*, 849 F.2d 273, 277 (7th Cir. 1988) (federal district judge has authority to dismiss a frivolous suit on his own initiative). Clearly the allegations asserted by Plaintiff are the product of fantasy or delusional thinking that cannot be addressed by this Court. Plaintiff has not provided any information that might lead to a reasonable conclusion that some plausible cause of action has accrued on her behalf. As such, the case shall be dismissed. A separate Order follows.

November 2, 2015                                    _____/s/_____
                                                    James K. Bredar
                                                    United States District Judge